IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-319-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRACIE JONES MATHIS, | ) | |

This matter comes before the court on the government's request made at the sentencing hearing today in the related case of <u>United States of America v. Evelyn Gomez-Allan</u> ("Gomez-Allan"), Case Number 5:12-CR-225-1FL, to amend the judgment entered in this matter on August 6, 2013 to reflect a reduced restitution in the amount of $998,266.00, from the previously imposed restitution amount of $1,094,742.00. This defendant and Gomez-Allan are jointly and severally liable for the total amount of restitution. The government represented during Gomez-Allan's sentencing hearing that the IRS was able to further investigate the matter of restitution and that the correct restitution amount Gomez-Allan and this defendant are jointly and severally liable for is $998,266.00.

Under the circumstances presented, the court is prepared to allow the government's request. Should either party believe hearing on the request is necessary, it is DIRECTED to file a notice therefor, stating why such is needed, within 14 days of entry of this order. If the time allowed for notice expires with no request for hearing, the clerk is directed to make final determination upon the government's request and amend the judgment to reflect the correct restitution amount of $998,266.00.

SO ORDERED, this 3rd day of October, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge