UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tracie Jones Mathis            Docket No. 5:12-CR-319-1FL

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracie Jones Mathis, who, upon an earlier plea of guilty to Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 286, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 6, 2013, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On October 18, 2013, an Amended Judgment was entered pursuant to 18 U.S.C. § 3664 (Modification of Restitution Order) in which restitution of $998,266.00 was ordered.

Tracie Jones Mathis was released from custody on February 3, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since her release, the defendant has been in compliance with supervision and is reporting for mental health treatment, which includes ongoing symptoms of depression. It is respectfully recommended that the conditions of supervision be modified to include mental health treatment. Mathis signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: April 28, 2017 |

## ORDER OF THE COURT

Considered and ordered this 2nd day of May , 2017, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge